68 So.2d 65

### Leon D. GRAVES et al.
### v.
### CITY OF SYLACAUGA.

7 Div. 205.

Supreme Court of Alabama.

Nov. 5, 1953.

Joe Van Derveer, Chattanooga, Tenn., and McKay & Worthy, Sylacauga, for petitioners.

Stringer & Montgomery, Talladega, opposed.

PER CURIAM.

Petition of Leon Graves and William Francis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Graves v. City of Sylacauga, 68 So.2d 65.

See Hathcock v. State, Ala.App., 66 So.2d 927; Riddlespur v. State, Ala.App., 66 So. 2d 926.

Writ denied.

LIVINGSTON, C. J., and LAWSON. STAKELY and MERRILL, JJ., concur.